**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                            Case No. 4:22-cr-00271 KGB

JESSICA DIANE NOBLES                                              DEFENDANT

**ORDER**

Defendant Jessica Diane Nobles has filed a motion for early termination of supervised release (Dkt. No. 3). The government filed a sealed response opposing the motion (Dkt. No. 5). At this time, the Court denies Ms. Nobles's motion (Dkt. No. 3).

Pursuant to 18 U.S.C. § 3583(e), the Court may terminate a term of supervised release where, after consideration of both the Federal Rules of Criminal Procedure and the applicable factors of 18 U.S.C. § 3553(a) as set forth in 18 U.S.C. § 3583(e), the Court concludes that such action is warranted by the conduct of the defendant and is in the interest of justice. After careful consideration of the parties' filings, taking all of the facts into account and considering the applicable factors of § 3553(a), the Court finds that early termination of Ms. Nobles's supervised release is not warranted or in the interest of justice. Although the Court acknowledges the progress Ms. Nobles has made since her conviction, Ms. Nobles pled guilty to a serious offense. Being supervised by the U.S. Probation Office provides punishment for the offense, deters criminal conduct, and promotes respect for the law, as Ms. Nobles is required to conform her conduct to the law or risk revocation of her supervised release. Although the requirements of probation are undoubtedly inconvenient, such requirements do not appear to impose any unusual hardship upon Ms. Nobles, and she has not set forth any new or exceptional circumstances in support of her

request to terminate early her supervised release. Therefore, considering all appropriate factors, the Court denies Ms. Nobles's motion for early termination of release (Dkt. No. 3).

It is so ordered this 1st day of May 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge